IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04049-FJG-1 |
| | ) | |
| Alberto Rodriguez, Jr., | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #84 filed on February 27, 2013), to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Superseding Indictment which was filed on January 16, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

    */s/ Fernando J. Gaitan, Jr.*
    Fernando J. Gaitan, Jr.
    Chief United States District Judge

Dated: March 19, 2013
Kansas City, Missouri