IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04049-FJG-5 |
| | ) | |
| Terrance Duwaun Day, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #118 filed on August 13, 2013), to which no objection has been filed, the plea of guilty to Count One of the Superseding Indictment which was filed on January 16, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                */s/ Fernando J. Gaitan, Jr.*
                                                                Fernando J. Gaitan, Jr.
                                                                Chief United States District Judge

Dated: September 10, 2013
Kansas City, Missouri